Form 169BNC  (Revised 09/24/2007)

**United States Bankruptcy Court – District of South Carolina**
J. Bratton Davis United States
Bankruptcy Courthouse
1100 Laurel Street
Columbia, SC 29201–2423

Case Number: 10–08351–hb

Adversary/Complaint Number: 11–80016–hb

Name of Debtor(s): Earl Richard Cobden

**Michael T. Thompson, Individually and as Member of Plaintiffs, et.al.**

Plaintiffs(s)

v.

**Earl Richard Cobden III**

Defendants(s)

| Entered By The Court 5/25/11 | NOTICE OF HEARING | Filed By The Court 5/25/11 Tammi M. Hellwig Clerk of Court US Bankruptcy Court |

TO:  PLAINTIFF(S) AND DEFENDANT(S) NAMED ABOVE:

**PLEASE TAKE NOTICE** that a hearing will be held at:

**Donald Stuart Russell Federal Courthouse
201 Magnolia Street
Spartanburg SC 29306–2355**

on **June 16, 2011** at **01:30 PM**, to consider and act upon the following pleading:

Motion for More Definite Statement Filed by Dana Elizabeth Wilkinson on behalf of Earl Richard Cobden lll.

The pleadings relating thereto are on record in the Office of the Clerk of Court for inspection by any interested party. Any party responding to the relief sought must file a response with the Office of the Clerk of Court, United States Bankruptcy Court by **6/8/11** in accordance with the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, the Federal Rules of Civil Procedure, the Local Bankruptcy Rules of this Court and any other rules which may apply.

Tammi M. Hellwig
Clerk of Court
United States Bankruptcy Court

By:  N Stalvey, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201–2423

Dated:  5/25/11

Document:  10 – 9